UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>REUBEN NWENZE,<br><br>         Defendant. | Case No. 19-cr-285 (EGS) |

EMERGENCY MOTION FOR TRANSPORT TO THE HOSPITAL

    Mr. Reuben Nwenze respectfully moves this Honorable Court to order his immediate transport to a hospital. Last week, Mr. Nwenze was the victim of a brutal assault where he was stabbed in the area near his heart. Mr. Nwenze was subsequently taken to Howard University Hospital, however, it is counsel's understanding that he was returned to the jail against the advice of medical professionals at the hospital.

    Mr. Nwenze, still experiencing severe pain from the assault and the excessive use of pepper spray, requested medical attention numerous times, but was unable to see anyone. He only received medical attention after counsel contacted the general counsel and medical staff at the jail.

    When Mr. Nwenze was treated this past weekend, he was informed that he was experiencing internal bleeding—but was inexplicably denied his request to be returned to the hospital to receive proper treatment. Counsel reached out to the general counsel requesting that Mr. Nwenze be transported to a hospital

1

immediately given that it was clear he needed additional treatment. No response was received.

As explained in prior pleadings, Mr. Nwenze suffers from other medical conditions that can be complicated by—or complicate—other medical emergencies. Earlier today, counsel was informed that Mr. Nwenze was experiencing a heart rate below 60 beats per minute, which can be indicative of further complications.

Given Mr. Nwenze's current condition and the failed attempts to have the jail transport him to a hospital where he can receive appropriate treatment, Mr. Nwenze has no other recourse but to ask that the jail be ordered to take such action.

For these reasons, Mr. Nwenze respectfully requests the Court order the D.C. Department of Corrections to transfer Mr. Nwenze to a hospital as soon as possible.

    Respectfully submitted,

    A. J. KRAMER
    Federal Public Defender

    _____/s/_____
    Jose A. German
    Assistant Federal Public Defenders
    625 Indiana Ave NW, Suite 550
    Washington, D.C. 20004
    (202) 208-7500