UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>REUBEN NWENZE,<br><br>          Defendant. | Case No. 19-cr-285 (EGS) |

RESPONSE TO GOVERNMENT'S MOTION

On August 27, 2020, this Court ordered the District of Columbia Department of Corrections (DOC) to "file a weekly Status Report updating the Court and Defendant's counsel regarding Mr. Nwenze's recovery. . . ." *See* Min. Order (Aug. 27, 2020). Mr. Nwenze, through counsel, respectfully requests the Court leave the order in place. Alternatively, Mr. Nwenze requests the Court amend the order to have DOC file updated information on Mr. Nwenze's health twice a month.

Mr. Nwenze is still recovering from the multiple stab wounds he suffered just two months ago. Indeed, just a week ago, Mr. Nwenze "complained of shortness of breath and chest pain." *See* ECF No. 57 (Status Report). Notwithstanding the government's assertions, there are still questions regarding Mr. Nwenze's medical care. Specifically, on September 18, Mr. Nwenze was referred for an echocardiogram due to "irregularities in the electrocardiogram results." *See* ECF No. 52 (Status Report). That, however, has yet to be done. The government attempts to dismiss this by stating that Mr. Nwenze was scheduled for an echocardiogram on October 20, but that he simply "did not appear for that appointment." *See* ECF No. 57. This,

1

of course, ignores the fact that Mr. Nwenze cannot just simply walk out of his cell to attend medical appointments, and must instead be brought over by DOC staff. It is up to DOC to ensure Mr. Nwenze is available for his necessary medical appointments.

Contrary to the government's position, this is not a civil suit where Mr. Nwenze is seeking a specific relief. Mr. Nwenze simply requests that DOC maintain the adequate medical treatment he is entitled to under the Eighth Amendment, and keep the Court and defense counsel apprised of their efforts.

>Respectfully submitted,
>
>A. J. Kramer
>Federal Public Defender
>
>_____
>
>Jose A. German
>Assistant Federal Public Defenders
>625 Indiana Ave NW, Suite 550
>Washington, D.C. 20004
>(202) 208-7500