# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>REUBEN NWENZE,<br><br>Defendant. | Case No. 19-CR-0285 (JMC) |

## ORDER

After reviewing the record, considering the Magistrate Judge's October 24, 2024 Amended Report and Recommendation, and hearing no objection from either party, the Court adopts the Magistrate Judge's Report and accepts their Recommendation. ECF 94. It is therefore **ORDERED** that Defendant is sentenced to time served and no additional supervised release.

**SO ORDERED**.

_____
JIA M. COBB
United States District Judge

Date: November 18, 2024